# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# HATTIESBURG DIVISION

**LENORA RODGERS**                                                    **PLAINTIFF**

**VERSUS**                              **CIVIL ACTION NO.: 2:05-CV-2147KS-JMR**

**WAL-MART STORES EAST, LP**                             **DEFENDANT**

## ORDER OF DISMISSAL

COMING ON TO BE HEARD this day the *ore tenus* motion of all parties to dismiss the above styled and numbered cause with prejudice, and the Court being advised that said cause has been fully compromised and settled, finds that said motion to dismiss with prejudice is well taken and should be sustained.

IT IS, THEREFORE, ORDERED and ADJUDGED that the above styled and numbered cause be, and it is hereby, dismissed with prejudice.

ORDERED and ADJUDGED this the 13th day of March, 2006.

                                  s/ *Keith Starrett*
                                  UNITED STATES DISTRICT JUDGE

APPROVED:


s/ Colette A. Oldmixon (original signature in Defendant's file)
COLETTE A. OLDMIXON, Attorney for
the Plaintiff


s/ Steven B. Dick (original signature in Defendant's file)
STEVEN B. DICK, Attorney for
the Defendant

PREPARED BY:

STEVEN B. DICK
BROWN•BUCHANAN•SESSOMS, P.A.
3112 CANTY STREET
POST OFFICE BOX 2220
PASCAGOULA, MS   39569-2220
TELEPHONE:	(228) 762-0035
FACSIMILE:	(228) 762-0299
EMAIL: sbd@brownbuchanan.com
MS BAR NO.:   99566